UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL ONTIVEROS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DOMINGUEZ, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-07496-HSG<br><br>**ORDER OF DISMISSAL** |

On November 14, 2019, Plaintiff filed the instant *pro se* complaint under 42 U.S.C. § 1983. Dkt. No. 1. On March 18, 2020, the complaint was dismissed with leave to amend. Dkt. No. 8. Plaintiff was instructed to file an amended complaint by April 15, 2020, and informed that the failure to do so would result in the dismissal of this action without further notice. *Id.* The deadline to file an amended complaint has passed, and plaintiff has not filed an amended complaint. Plaintiff has not communicated with the Court since November 29, 2019. *See* Dkt. No. 5. Accordingly, this action is DISMISSED. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 6/11/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge