UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL ONTIVEROS,<br><br>        Plaintiff,<br><br>   v.<br><br>DOMINGUEZ, et al.,<br><br>        Defendants. | Case No. 19-cv-07496-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the order of dismissal, this action is DISMISSED. The Clerk shall enter judgment in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:   6/11/2020

                                        _____
                                        HAYWOOD S. GILLIAM, JR.
                                        United States District Judge